■ MICHAEL D. GARDNER, Appellant, v HONDA MOTOR COMPANY, LTD., et al., Defendants, and DON DAVIS PONTIAC, INC., Respondent. (Appeal No. 2.) [627 NYS2d 603] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in Gardner v Honda Motor Co. (214 AD2d 1024 [decided herewith]).

(Appeal from Order of Supreme Court, Erie County, Wolfgang, J.—Summary Judgment.) Present—Pine, J. P., Wesley, Doerr, Davis and Boehm, JJ.